ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
LAUREN M. HARDING (CABN 308029)
Assistant United States AttorneyS

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Jonathan.Lee@usdoj.gov
Lauren.Harding@usdoj.gov

Attorneys for United States of America

FILED
MAY -2 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C
USA sent to

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GARLAND RABON,<br>Defendant. | **CASE NO. CR-23-191-AMO**<br>NOTICE OF MANUAL FILING OF EVIDENCE<br>**<u>FILED UNDER SEAL</u>** |

**MANUAL FILING NOTIFICATION**

This filing is a DVD with an audio file that should be maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard copy shortly. For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov, under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[ ] Voluminous Document (PDF file size larger than the e-filing system allows)

[ ] Unable to Scan Documents

[ ] Physical Object (description):

[X] Non-Graphic/Text Computer File (audio, video, etc.) on DVD or other media

[ ] Item Under Seal

[ ] Conformance with the Judicial Conference Privacy Policy (General Order 53)

[ ] Other (description):

DATED: May 2, 2024

Respectfully submitted,

ISMAIL M. RAMSEY
United States Attorney

/s/ *Jonathan U. Lee*
JONATHAN U. LEE
LAUREN M. HARDING
Assistant United States Attorneys