UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARLAND RABON,<br><br>Defendant. | Case No. 23-cr-00191-AMO-1<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL; GRANTING AS UNOPPOSED ADMINISTRATIVE MOTION TO MAKE LATE FILING**<br><br>Re: Dkt. Nos. 69, 93 |

Before the Court are two administrative motions from the Government. The Administrative Motion to Seal, ECF 69, is **GRANTED IN PART AND DENIED IN PART**. As explained during the hearing held on May 15, 2024, the Court will allow redactions of personally identifiable information in the two exhibits the Government seeks to seal, but it will not allow the documents to be sealed in their entirety. The Government's "Administrative Motion to Make Late Filing and to File Redacted Exhibits on or Before May 24, 2024," ECF 93, is **GRANTED AS UNOPPOSED.**

**IT IS SO ORDERED.**

Dated: May 30, 2024

_____
**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**