1  MOEEL LAH FAKHOURY LLP
   Hanni M. Fakhoury (State Bar No. 252629)
2  2006 Kala Bagai Way, Suite 16
   Berkeley, CA 94704
3  Telephone:   (510) 500-9994
   Email:       hanni@mlf-llp.com
4

5  Attorneys for Garland Rabon

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10

11 | UNITED STATES OF AMERICA,        | Case No.: 4:23-CR-00191-AMO-3
12 |         Plaintiff,               | **STIPULATION AND ORDER (AS MODIFIED) MODIFYING BOND CONDITIONS**
13 |   v.                             |
14 | GARLAND RABON,                   |
15 |         Defendant.               |

16

17         Mr. Rabon is charged in a superseding indictment with conspiracy and Hobbs Act robbery.
18 Following a contested detention hearing, Mr. Rabon was released from custody on May 20, 2024, on
19 the condition that he reside in the San Francisco halfway house on lockdown. There have been no
20 violations or issues with his pretrial release since his release from custody. The Court previously
21 modified Mr. Rabon's bond conditions to permit him to leave the halfway house on Father's Day to
22 spend the day with his family at his significant other's house in Tracy, in the Eastern District of
23 California, provided Mr. Rabon returned to the halfway house by 8:00 p.m. Mr. Rabon complied with
24 the Court's orders and returned to the halfway house before 8:00 p.m. as directed.

25         Mr. Rabon requests this Court make two modifications to his bond. First, he requests this Court
26 permit him to leave the halfway house on July 4, 2024 to spend the day with his family, including his
27 daughter whose birthday is on the 4th of July. Similar to Father's Day, Mr. Rabon would leave the
28 halfway house no earlier than 8:00 a.m. and go to his significant other's house in Tracy, spend the

1  day with his family and daughter, and return to the halfway house by 8:00 p.m.

2      Mr. Rabon's second request is that the Court modify the conditions of his release to permit him
3  to leave the halfway house for purposes of employment. Mr. Rabon has several job leads and is eager
4  to help provide for his family financially. Should Mr. Rabon find a job verified and deemed
5  acceptable to Pretrial Services, he requests permission to leave the halfway house for employment
6  purposes only.

7      Neither the government nor Pretrial Services have any objections to these requests. All other
8  release conditions should remain as previously set.

9      Undersigned defense counsel certifies he has obtained approval from counsel for the
10 government to file this Stipulation and Proposed Order.

IT IS SO STIPULATED.

Dated: July 1, 2024          MOEEL LAH FAKHOURY LLP

                                     /S
HANNI M. FAKHOURY
Attorneys for Garland Rabon

Dated: July 1, 2024          ISMAIL J. RAMSEY
United States Attorney
Northern District of California

                                     /S
JONATHAN U. LEE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARLAND RABON,<br><br>Defendant. | Case No.: 4:23-CR-00191-AMO-3<br><br>**ORDER (AS MODIFIED)**<br>**MODIFYING BOND CONDITIONS** |

Based on the reasons provided in the stipulation of the parties, the Court hereby modifies Mr. Rabon's bond conditions as follows:

1. On Thursday July 4, 2024, Mr. Rabon is permitted to leave the halfway house no earlier than 8:00 a.m. to travel to Tracy to visit with his family. He is to return to the halfway house no later than 8:00 p.m. on Thursday July 4, 2024.

2. Mr. Rabon is permitted to leave the halfway house to seek and maintain employment provided that Pretrial Services has verified and approved the employer in advance.

All other conditions of the bond previously set remain in effect.

**IT IS SO ORDERED AS MODIFIED.**

DATED: July 2, 2024

_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge