1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7210
7      FAX: (415) 436-6748
       Jonathan.Lee@usdoj.gov
8
   Attorneys for United States of America
9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        ) NO. 23-CR-00191 AMO
                                      ) [FILED JUNE 12, 2023]
14 |     Plaintiff,                   )
                                      )
15 |   v.                             )
                                      )
16 | DARRIN HUTCHINSON, ET AL,        )
                                      )
17 |     Defendant.                   )
                                      )
18

19 | UNITED STATES OF AMERICA,        ) NO. 18-CR-00110 YGR
                                      ) [FILED MARCH 15, 2018]
20 |     Plaintiff,                   )
                                      ) NOTICE OF RELATED CASE IN A CRIMINAL
21 |   v.                             ) ACTION
                                      )
22 | DARRIN ANDRE HUTCHINSON,         )
                                      )
23 |     Defendant.                   )
                                      )
24

25      The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

26 that the two above-captioned criminal cases are, for the reasons explained herein, related.  The

27 government seeks to relate the earlier-filed single defendant Form 12 case to the later-filed multi-

28 defendant case in the interests of judicial economy.

NOTICE OF RELATED CASES
U.S. v. HUTCHINSON                                                                      v. 7/10/2018

In *United States v. Darrin Hutchinson, et al.*, CR 23-191 AMO, the Grand Jury returned a second superseding indictment charging defendant Hutchinson and eight other defendants with Hobbs Act Conspiracy and substantive Hobbs Act robbery counts. The alleged conduct occurred in 2022-2023. By contrast, in *United States v. Darrin Andre Hutchinson*, CR 18-110 YGR, the Grand Jury charged defendant Hutchinson alone with violations of 18 U.S.C. 922(g), for conduct in 2018. Mr. Hutchinson's supervised release term began in October 2021. The Probation Department charged him with six violations alleged to have occurred in 2022-2024. Among these, charge one alleges that Mr. Hutchinson conspired to commit Hobbs Act robbery as alleged in CR 23-191 AMO.

Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same defendant, although CR 23-191 AMO involves eight additional defendants. The events and occurrences in the two cases are largely distinct but there is overlap as to the alleged Hobbs Act violations. Given that CR 23-191 AMO is proceeding against nine defendants, including defendant Hutchinson, judicial economy is best served by relating Mr. Hutchinson's Form 12 case to the later CR 23-191 AMO case. For these reasons, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor – with respect to Mr. Hutchinson's case -- by two judges.

For the foregoing reasons, the United States moves for an order relating CR 18-110 YGR to the more recent case number CR 23-191 AMO. This will obviate the need for two judges to consider the merits of Mr. Hutchinson's alleged conduct in 2022-2023, while ensuring that the District Judge assigned to CR 23-191 AMO hears the case as to each of the named defendants. Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: December 20, 2024            Respectfully submitted,

                                        ISMAIL J. RAMSEY
                                      United States Attorney

                                      */s/ Jonathan U. Lee*
                                      JONATHAN U. LEE
                                      Assistant United States Attorney