1   CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

2

3   MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4   JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102-3495
    Telephone: (415) 436-7210
7   FAX: (415) 436-6748
    Jonathan.Lee@usdoj.gov
8
    Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                        OAKLAND DIVISION
12

13   UNITED STATES OF AMERICA,            )   No. 4:23-cr-00191 AMO
                                          )
14          Plaintiff,                    )
                                          )   NOTICE OF CORRECTED CONTACT
15     v.                                 )   INFORMATION
                                          )
16   JAKARI JENKINS, ET AL.,              )
                                          )
17          Defendants.                   )
                                          )
18   _____)

19

20

21

22

23

24

25

26

27

28
    NOTICE OF CORRECTED CONTACT INFO.        1
    4:23-cr-00191 AMO

1    The United States Attorney's Office files this Notice of Corrected Contact Information for

2  Assistant United States Attorney Jonathan U. Lee, in order to provide counsel and court personnel

3  updated contact information for AUSA Lee.  This notice updates the mailing address, phone number and

4  facsimile number to current information.

5

6    The undersigned requests that the Clerk's Office revise the contact information for undersigned

7  counsel on the docket to the following:

8

9                                  Jonathan U. Lee
                               450 Golden Gate Avenue, Box 36055
10                               San Francisco, CA 94102-3495
                               Jonathan.Lee@usdoj.gov
11                               (415) 436-7210 phone
                               (415) 436-6748 facsimile
12

13

14
     DATED:  June 17, 2025                    Respectfully submitted,
15
                                             CRAIG H. MISSAKIAN
16                                           United States Attorney

17
                                             /s/ Jonathan U. Lee
18                                           _____
                                             JONATHAN U. LEE
19                                           Assistant United States Attorney

20

21

22

23

24

25

26

27

28
     NOTICE OF CORRECTED CONTACT INFO.        2
     4:23-cr-00191 AMO