UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 15, 2025   **Time:** 2:05 PM – 2:59 PM   **Judge:** ARACELI MARTÍNEZ-OLGUÍN

**Case No.**: 23-cr-00191-AMO-3   **Case Name:** UNITED STATES v. Rabon

**Attorney for Government:** Wendy M. Garbers
**Attorney for Defendant:** Hanni M. Fakhoury
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Alexis Solorzano Rodriguez   **Reported by:** Andrea Bluedorn
**Probation Officer:** Brian Casai

## PROCEEDINGS

Sentencing held on 12/15/2025 for Garland Rabon (3), Count(s) 1, 3, and 4 of the Second Superseding Indictment. Defendant is committed to the Bureau of Prisons for a term of 75 months to be served concurrently followed by 3 years of supervised release. $300.00 special assessment to be imposed. Fine waived. See Judgment for special conditions and BOP recommendations. Defendant to voluntarily surrender to the Bureau of Prisons on Tuesday, May 26, 2026 by 12:00 PM PST.