UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GARLAND RABON,<br><br>    Defendant. | CASE NO. 23-CR-0191-AMO<br><br>[PROPOSED] ORDER TO EXTEND SELF-SURRENDER DATE |

For good cause shown, IT IS HEREBY ORDERED that Defendant Garland Rabon's motion to extend his self-surrender date to June 8, 2026, is GRANTED.  Mr. Rabon is HEREBY ORDERED to surrender to serve his sentence at the institution designated by the United States Bureau of Prisons by June 8, 2026, no later than 12:00 P.M.

**IT IS SO ORDERED.**

DATED: _____5/6/2026_____

_____
The Honorable Araceli Martínez-Olguín
United States District Judge

CASE NO. 23-CR-0191-AMO

MOTION TO EXTEND SELF-SURRENDER DATE AND [PROPOSED] ORDER